MINNA M. WILBUR, Appellant, *v.* STUYVESANT INSURANCE COMPANY, Respondent.

*Insurance (fire) — cancellation — action to recover upon policy of fire insurance — defense of cancellation prior to fire.*

*Wilbur v. Stuyvesant Ins. Co.,* 222 App. Div. 714, affirmed.

(Argued June 19, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 11, 1927, unanimously affirming a judgment in favor of defendant entered upon a verdict. The action was to recover upon a policy of fire insurance. The defense was that the policy had been canceled prior to the fire.

*J. R. McGowan* and *William Seidel* for appellant.

*Edward L. Robertson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.   Not sitting: CRANE, J.